$10 costs and disbursements, on authority of Acardo v. New York Contracting & Trucking Co., 116 App. Div. 793, 102 N. Y. Supp. 7.

CLOUGH, Appellant, v. FOX et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 9, 1907.) Action by Aaron Clough against Walter Fox and others. No opinion. Judgment and order affirmed, with costs.

COHEN v. SMALL. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by J. Quintus Cohen against Charles T. Small. No opinion. Motion granted. Order filed.

COHEN v. SMALL. (Supreme Court, Appellate Division, First Department. November 15, 1907.) Action by J. Quintus Cohen against Charles T. Small. No opinion. Motion denied. Settle order on notice.

In re COLLYER (two cases). (Supreme Court, Appellate Division, Second Department. October 11, 1907.) In the matter of the accounting of Charles S. Collyer, as administrator of Elizabeth Collyer, deceased. In the matter of Henry M. Collyer, etc., that Fanny Collyer, as executrix, pay money into court. No opinion. Motion for reargument granted, and case set down for hearing on Wednesday, October 16, 1907. See 105 N. Y. Supp. 1111.

COLUMBUS TRUST CO., Appellant, v. MOSHIER, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by the Columbus Trust Company against George Moshier.

PER CURIAM. Judgment, in so far as appealed from, affirmed, with costs, on the opinion of Mr. Justice Burr at Special Term, 100 N. Y. Supp. 1066.

COMMISSIONER OF PUBLIC CHARITIES OF NEW YORK, Respondent, v. SCHMIDT, Appellant. (Supreme Court, Appellate Division, Second Department. October 23, 1907.) Action by the commissioner of public charities of New York, appointed for the boroughs of Brooklyn and Queens, on complaint of Florence Wallace, against Arno Schmidt. No opinion. Judgment of conviction affirmed by default.

CONNOR, Appellant, v. ORR et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 19, 1907.) Action by Cora Stryker Connor against Robert B. Orr and others.

PER CURIAM. Order amended, so as to direct that there be stricken from the third defense the words, "realleges all the allegations hereinbefore set forth in the first and second defenses to the complaint herein, the same as though fully set forth herein," and, as so amended, affirmed, without costs, with leave to plaintiff to make a separate motion for bill of particulars.

McLENNAN, P. J., not sitting.

106 N.Y.S.—71

CONRAD v. CONRAD. (Supreme Court, Appellate Division, First Department. November 15, 1907.) Action by Reine Conrad against George J. Conrad. No opinion. Motion denied, with $10 costs. Settle order on notice.

COSGROVE, Respondent, v. MURPHY CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department, October 4, 1907.) Action by Edward J. Cosgrove, as administrator, etc., of Thomas Cosgrove, deceased, against the Murphy Construction Company. No opinion, Judgment and order unanimously affirmed, with costs.

COUGHLIN, Respondent, v. SCOTT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1907.) Action by James J. Coughlin against Jacob D. Scott. No opinion. Judgment and order affirmed, with costs.

COWARD, Respondent, v. VINES et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Agnes L. Coward, as administratrix, against George W. Vines and others. No opinion. Judgment modified as to the defendant Rose Vines, by excepting her inchoate dower right and providing in the judgment that property be sold subject thereto, without costs, and as to the other defendants affirmed, with costs.

CRAMMOND, Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1907.) Action by Earle D. Crammond, an infant, by Elizabeth B. Orr, his guardian ad litem, against the International Paper Company. No opinion. Motion denied.

CRAMSEY, Appellant, v. STERLING, Respondent. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Edward Cramsey against Charles A. Sterling. L. E. Warren, for appellant. R. F. Greacen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CREEDON, Respondent, v. KNIGHTS OF MACCABEES OF THE WORLD, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by Catherine Creedon against the Knights of Maccabees of the World.

PER CURIAM. Judgment and order denying motion for new trial affirmed, with costs. Order granting additional allowance reversed.

McLENNAN, P. J., dissents. SPRING, J., not sitting.

CREEDON, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by Catherine Creedon against the Metropolitan Life Insurance Company. No opinion. Order affirmed, with $10 costs and disbursements, on the ground that the defendant was guilty of laches.